# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JACQUELYNNE JASON HOLMES, | Case No. 2:21-cv-01194 |
| Plaintiff, | JUDGE SARAH D. MORRISON |
| v. | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| NOVO NORDISK INC., | |
| Defendant. | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 4th day of January, 2023.

*/s/Trisha M. Breedlove*
Trisha M. Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

*/s/Andrew J. Barber* (email approval 1/04/2023)
Andrew J. Barber (OH #0091160) trial counsel
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7449
Facsimile: +1.412.560.7001
andrew.barber@morganlewis.com
*Trial Attorney for Defendant*

Terry D. Johnson
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: 609.919.6600
Facsimile: 609.919.6701
terry.johnson@morganlewis.com
*Attorney for Defendant*